**Lonnie Joe CARTER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Supreme Court of Kentucky.

Sept. 1, 1981.

Jack Emory Farley, Public Advocate, Kevin Michael McNally, Asst. Public Advocate, Frankfort, for appellant.

Robert F. Stephens, Atty. Gen., Robert V. Bullock, Asst. Atty. Gen., Frankfort, for appellee.

### OPINION AND ORDER

In a memorandum opinion delivered May 13, 1980, this court affirmed the judgment of the Christian Circuit Court convicting Lonnie Joe Carter of burglary (KRS 511.-040) and finding him a persistent felony offender (KRS 532.080). An appeal of that decision to the United States Supreme Court culminated in a reversal on the ground that the trial court had erred in declining to instruct the jury to the effect that a defendant's failure to testify shall be given no evidentiary weight. *Carter v. Kentucky*, —— U.S. ——, 101 S.Ct. 1112, 67 L.Ed.2d 241 (1981).

Accordingly, the judgment of the trial court is now reversed and the cause is remanded for a new trial.

PALMORE, C. J., and AKER, CLAYTON, LUKOWSKY, STEPHENSON and STERNBERG, JJ., sitting.

All concur.

Entered September 1, 1981.

/s/ John S. Palmore
Chief Justice

**Drexel DAVIS, State Treasurer and Custodian of the Uninsured Employers' Fund, Movant,**

v.

**James L. WILSON, Earl Clark, d/b/a Modern Car Crushers and Workmen's Compensation Board, Respondents.**

Supreme Court of Kentucky.

Sept. 1, 1981.

Steven L. Beshear, Atty. Gen., John L. Pendley, Asst. Atty. Gen., Frankfort, for movant.

William A. Watson, Middlesboro, for James L. Wilson.

Earl Clark, pro se.

Gerald V. Roberts, Director, Workmen's Compensation Bd., Frankfort, for respondents.

### OPINION AND ORDER

The Court, having considered the briefs of movant and respondents and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted.

This Court's order granting discretionary review, 614 S.W.2d 538, is vacated and the case is remanded to the Court of Appeals for final disposition.

All concur except LUKOWSKY, J., who was not sitting.

ENTERED September 1, 1981.

/s/ John S. Palmore
Chief Justice